```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
S. KATZMAN PRODUCE, INC. and
KATZMAN BERRY CORP.,

                    Plaintiffs,        16 Civ. 0371 (LLS)

        - against -                         ORDER

ACCEL SERVICES, LLC t/a FRUITKRAZE
And PHILLIP M. REICH,

                    Defendants.
-------------------------X
```

This case having been placed on the suspense calendar during the bankruptcy of the corporate defendant by Order dated April 12, 2016 and the bankruptcy court having issued an Order of Final Decree dated July 21, 2016, this case should be removed from the suspense calendar and closed as of July 21, 2016.

So Ordered.

Dated: New York, New York
       October 12, 2022

                                     _____
                                     LOUIS L. STANTON
                                         U.S.D.J.